IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDON ROY PARKER<br>4247 Locust Street, #806<br>Philadelphia, PA  19104<br>(215) 386-7366 | :<br>:<br>:<br>:<br>: | Case No. 05-CV-4874 |
| Plaintiff, | :<br>: | The Honorable Petrese B. Tucker |
| TRUSTEES OF THE UNIVERSITY<br>OF PENNSYLVANIA, a Pennsylvania<br>nonprofit corporation, 133 South 36th Street,<br>Suite 300, Philadelphia, PA  19104, | :<br>:<br>:<br>:<br>: | |
| Defendant. | :<br>: | |

## PENN'S PRE-TRIAL MEMORANDUM

In the event Summary Judgment is denied, this matter enters the trial pool on December 10, 2007.  This is Penn's Pre-Trial Memorandum, pursuant to the Order of June 13, 2007 and Local Rule 16.1 (c)(1)-(7).  We attach as Exhibit "A" Plaintiff's communication with us in which he refused to consult on the pretrial matters, including the jury instructions.

### I.    JURISDICTIONAL STATEMENT

According to Plaintiff's Complaint, this Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.  This Court further has jurisdiction over the pendent state law claims pursuant to 28 U.S.C. § 1367.

Plaintiff filed a discrimination complaint essentially alleging Penn did not hire him because he is a male or because it retaliated against him.  Penn's defenses are (1) that the claims are time barred, and (2) that Plaintiff never applied for any specific job during the relevant time period.  In no event, did Penn take any action against Mr. Parker on the grounds of his sex, via retaliation for anything.

**II.     PENN'S COUNTERSTATEMENT OF FACTS**

<u>See</u> Section I of Penn's Motion for Summary Judgment ("Introduction and Background") and Reply in Support of Its Motion for Summary Judgment ("Summary of Relevant and Undisputed Facts") both of which were previously filed, are pending, and are attached hereto as Exhibit "B."

Additionally, in his pretrial memorandum, Plaintiff does not argue, dispute, or even address the fact that his complaint was untimely, which it was, and which is the basis of the pending summary judgment motion.

**III.    DAMAGES**

In his pretrial memorandum, Plaintiff claims that he suffered $423,000.00 in damages including, among other things, $100,000.00 for pain and suffering. Plaintiff claims to be currently employed, and according to him, has worked since the fall of 2005. He has suffered no actual damages, economic or otherwise, and claims no treatment for any injury, emotional or otherwise.

**IV.    EXHIBITS**

Penn intends to use Exhibits Nos. 4, 5, and 7 identified in Plaintiff's Pretrial Memorandum.

Penn opposes and objects to the use by Plaintiff any other exhibit listed by him, other than those noted above, because the others are utterly irrelevant to the issues properly before the Court.

Penn reserves the right to supplement its exhibit list and reserves the right to use other exhibits listed by Plaintiff (1) to the extent the Court overrules Penn's objections and permits the broader inquiries to which the exhibits, or testimony, might pertain, or (2) to rebut testimony or evidence presented in Plaintiff's case-in-chief.

**V.  EXPECTED WITNESSES**

Penn intends to call as witnesses those witnesses identified in Plaintiff's Pretrial Memorandum as Nos. 4 (Donna Showell-Brown or other Penn Human Resources designee(s)), 7, 16 and 17.

Penn opposes and objects to Plaintiff's other proposed witnesses because, by his description, they are not offered to provide relevant testimony as to his claims.

Penn reserves the right to supplement its witness list, to call a witness identified on Plaintiff's witness list (1) to the extent the Court overrules Penn's objections and permits testimony as to the broader matters to which the witnesses might testify and (2) to rebut testimony and evidence presented in Plaintiff's case-in-chief.

**VI.  TRIAL**

The estimated trial time is two (2) days.  Penn requests a bench trial.

**VII.  NAMES AND ADDRESSES OF DEFENSE ATTORNEYS**

John M. Myers
Dennis G. Young, Jr.
MONTGOMERY, McCRACKEN,
 WALKER & RHOADS, LLP
Attorney I.D. Nos. 59320 and 89682
123 South Broad Street
Philadelphia, PA  19109
(215) 772-1500

**VIII.  PENN'S PROPOSED VOIR DIRE QUESTIONS**

See Penn's proposed voir dire questions attached hereto as Exhibit "C."

IX. **PENN'S PROPOSED JURY INSTRUCTIONS**

<u>See</u> Penn's proposed jury instructions attached hereto as Exhibit "D."

<br>

Respectfully submitted,

Dated: December 3, 2007
                <u>s/John M. Myers</u>
                John M. Myers (I.D. No. 16642)
                Dennis G. Young, Jr. (I.D. No. 89682)
                Montgomery, McCracken, Walker
                  & Rhoads, LLP
                123 South Broad Street
                Philadelphia, PA  19109
                (215) 772-1500

                *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Penn's Pre-Trial Memorandum to be served by first class mail, postage prepaid, upon the following individual at the address indicated:

>Gordon Roy Parker
>4247 Locust Street, #806
>Philadelphia, PA  19104
>
>Pro Se Plaintiff

Dated:  December 3, 2007         s/Dennis G. Young, Jr._____ _____
                                 Dennis G. Young, Jr.

2246277v1