IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GORDON ROY PARKER, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 05-4874 |
| TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | : | |
| | : | |
| Defendant. | : | |

ORDER

AND NOW, this 4th day of January 2008, **IT IS HEREBY ORDERED AND DECREED** that **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff on all counts.[1]

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] By Order dated January 2, 2008 (Doc. 48), this Court granted summary judgment to Defendant on all counts. In accordance with FED. R. CIV. P. 58, this Court now enters judgment in favor of Defendant.